**No. 11-7249. Frederick E. Jackson, Petitioner v. United States.**

565 U.S. 1101, 132 S. Ct. 858, 181 L. Ed. 2d 564, 2011 U.S. LEXIS 8980.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 658 F.3d 145.

**No. 11-7265. Judah Prince, Petitioner v. United States.**

565 U.S. 1101, 132 S. Ct. 860, 181 L. Ed. 2d 564, 2011 U.S. LEXIS 8931.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 647 F.3d 1257.

**No. 11-7515. In re Reginald D. Blunt, Petitioner.**

565 U.S. 1092, 132 S. Ct. 864, 181 L. Ed. 2d 564, 2011 U.S. LEXIS 8957.

December 12, 2011. Petition for writ of habeas corpus denied.

**No. 11-6788. In re Judith A. Decker-Wegener, Petitioner.**

565 U.S. 1092, 132 S. Ct. 849, 181 L. Ed. 2d 564, 2011 U.S. LEXIS 8992,

December 12, 2011. Petition for writ of mandamus and/or prohibition denied.

**No. 10-1495. Darlene Sammarco, Petitioner v. Cal Ludeman, et al.**

565 U.S. 1101, 132 S. Ct. 867, 181 L. Ed. 2d 564, 2011 U.S. LEXIS 8908.

December 12, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 824, 132 S. Ct. 114, 181 L. Ed. 2d 39, 2011 U.S. LEXIS 5625.

**No. 10-10236. George E. McDermott, Petitioner v. Kenneth J. MacFadyen, et al.**

565 U.S. 1101, 132 S. Ct. 867, 181 L. Ed. 2d 564, 2011 U.S. LEXIS 8935.

December 12, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 831, 132 S. Ct. 130, 181 L. Ed. 2d 52, 2011 U.S. LEXIS 5701.

**No. 10-10309. Paul Thomas McCreary, Petitioner v. Joann Malone, et al.**

565 U.S. 1101, 132 S. Ct. 867, 181 L. Ed. 2d 564, 2011 U.S. LEXIS 8879.

December 12, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 833, 132 S. Ct. 134, 181 L. Ed. 2d 55, 2011 U.S. LEXIS 5244.